# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,              :          Case No. 3:07-mj-242

  -vs-                                   Chief Magistrate Judge Michael R. Merz
                                   :

LAKEISHA BURNEY,

      Defendant.

                                * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA,

      Plaintiff,              :          Case No. 3:07-mj-243

  -vs-                                     Chief Magistrate Judge Michael R. Merz
                                   :

VERNELL BURNEY,

      Defendant.

## RECUSAL AND TRANSFER ORDER

All judges at the Dayton location of court are unable to proceed in these matters and hereby recuse themselves.  The matters are hereby referred to Magistrate Judge Black, the current duty magistrate judge at the Cincinnati location of court, for preliminary examination and detention hearing.  Should the Defendants or either of them be indicted, it is respectfully requested that Chief Judge Beckwith provide for the assignment of the resulting criminal case to a district judge resident at the Cincinnati location of court.

October 16, 2007.

                                                                   s/ **Michael R. Merz**
                                                       Chief United States Magistrate Judge

copies:    The Honorable Sandra S. Beckwith
The Honorable Thomas M. Rose
The Honorable Walter Herbert Rice
The Honorable Sharon L. Ovington
The Honorable Timothy Black
Vipal Patel
Cheryll Bennett
Aaron Durden